IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

OKEY L. CRUM, JR., :
:
    Plaintiff, :
:
v. : 7:07-CV-126 (WLS)
:
THOMASVILLE COUNTY JAIL, et. al., :
:
    Defendants. :
:

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge G. Mallon Faircloth, filed on August 3, 2007. (Doc. 97). It is recommended that Defendants' Motion for Summary Judgment (Doc. 82) be granted, that Plaintiff's Motion for Lien (Doc. 14) be denied, that Plaintiff's Motion for Sanctions (Doc. 22) be denied, that Plaintiff's Motion to Change Venue (Doc. 29) be denied, that Plaintiff's Motion to Appoint Counsel (Doc. 61) be denied, and that Plaintiff's additional motions (Docs. 15-18, 20, 21, 23, 27, 31, 39, 40, 46, 48, 51, 53, 55, 60, 62, 63, 65, 70, 72-77, 79-81) be denied as moot. (Doc. 97). No objection has been filed.[1]

Upon full review and consideration upon the record, the Court finds that the Report and Recommendation (Doc. 97) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the

---

[1] In the October 12, 2006 order granting Plaintiff's Motion to Proceed *In Forma Pauperis*, Plaintiff was advised of his duty to advise the Court of any changes in his address. Plaintiff was further advised that "**FAILURE TO PROMPTLY ADVISE THE CLERK OF ANY CHANGE OF ADDRESS MAY RESULT IN THE DISMISSAL OF A PARTY'S PLEADINGS FILED HEREIN!**" (Doc. 4) (capitalization and boldface type in original).

The instant Report and Recommendation was mailed to Plaintiff's last known address by the Clerk's office on the date of its filing. Said mail was returned to the Clerk's office as undeliverable on August 9, 2007. (Doc. 98). Plaintiff has failed to notify the Court of his change of address as required. Upon review, the Court finds that there is nothing in the record that indicates that Plaintiff has been prevented from keeping the Court advised of his current address.

1

Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Defendants' Motion for Summary Judgment (Doc. 82) is **GRANTED**; Plaintiff's Motions to Amend/Correct (Doc. 14) is **DENIED**; Plaintiff's Motion for Sanctions (Doc. 22) is **DENIED**; Plaintiff's Motion to Change Venue is **DENIED**; Plaintiff's Motion to Appoint Counsel (Doc. 61) is **DENIED**; and that Plaintiff's additional motions (Docs. 15-18, 20, 21, 23, 27, 31, 39, 40, 46, 48, 51, 53, 55, 60, 62, 63, 65, 70, 72-77, 79-81) are **DENIED AS MOOT**.

**SO ORDERED**, this  31st  day of August, 2007.

　　　　　　　　　　　　　　　　　　　 /s/W. Louis Sands
　　　　　　　　　　　　　　　　　　**THE HONORABLE W. LOUIS SANDS,**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**