**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| OKEY CRUM, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. 7:07-CV-126 (WLS) |
| | * | 42 U.S.C. § 1983 |
| THOMASVILLE COUNTY JAIL, | * | |
| *et al.*, | * | |
| | * | |
| Defendants. | * | |

## **RECOMMENDATION**

Plaintiff Crum filed the current action pursuant to 42 U.S.C. § 1983 on October 11, 2006. (R-2). On August 3, 2007, the court issued a Report and Recommendation and an Order regarding several motions filed by Plaintiff Crum, but the mail was returned as undeliverable. (R-98). In addition, Plaintiff was sent Notice that Defendants had filed a supplementary brief in support of their Motion for Summary Judgment on August 10, 2007 (R-104), and Notice that the case had been transferred from the Thomasville Division to the Valdosta Division, but the notices were returned as undeliverable as well. (R-105, 106, 107).

Pursuant to Rule 41(b) of the FEDERAL RULES OF CIVIL PROCEDURE, an action may be dismissed for failure to prosecute, which would include the failure to keep the court apprised of a party's current whereabouts. Because Plaintiff has been released from his most recent incarceration without informing the court clerk's office of his current address, it is recommended that this action be dismissed.

**IT IS RECOMMENDED,** therefore, for the foregoing reason, that this case be DISMISSED for the Plaintiff's failure to prosecute the action. Pursuant to 28 U.S.C. § 636(b)(1), the Plaintiff may file written objections to this recommendation with the United States District Judge, WITHIN TEN (10) DAYS after being served with a copy thereof.

SO RECOMMENDED this 4th day of September, 2007.

S/ G. MALLON FAIRCLOTH
UNITED STATES MAGISTRATE JUDGE

mZc