**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| OKEY L. CRUM, JR., | : |
| Plaintiff, | : |
| v. | : 7:07-CV-126 (WLS) |
| THOMASVILLE COUNTY JAIL, et. al., | : |
| Defendants. | : |

**ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge G. Mallon Faircloth, filed on September 4, 2007. (Doc. 109). It is recommended that Plaintiff's action be dismissed for failure to prosecute. *Id*. No objection has been filed.[1]

Upon full review and consideration upon the record, the Court finds that the Report and Recommendation (Doc. 109) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. The Court further finds that no lesser sanction than dismissal will suffice. Accordingly, Plaintiffs' action is **DISMISSED FOR FAILURE TO PROSECUTE**.

---

[1] In the October 12, 2006 order granting Plaintiff's Motion to Proceed *In Forma Pauperis*, Plaintiff was advised of his duty to advise the Court of any changes in his address. Plaintiff was further advised that "**FAILURE TO PROMPTLY ADVISE THE CLERK OF ANY CHANGE OF ADDRESS MAY RESULT IN THE DISMISSAL OF A PARTY'S PLEADINGS FILED HEREIN!**" (Doc. 4) (capitalization and boldface type in original).

The instant Report and Recommendation was mailed to Plaintiff's last known addresses by the Clerk's office on September 5, 2007. Said mail was returned to the Clerk's office as undeliverable on September 5, 2007. (Doc. 110). Plaintiff has failed to notify the Court of his change of address as required. Upon review, the Court finds that there is nothing in the record that indicates that Plaintiff has been prevented from keeping the Court advised of his current address.

1

**SO ORDERED**, this   27th   day of September, 2007.


                                        /s/W. Louis Sands
                                        **THE HONORABLE W. LOUIS SANDS,**
                                        **UNITED STATES DISTRICT COURT**